# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

SHERMAN RICHARDSON                                          PLAINTIFF

v.                          No. 5:18-cv-273-DPM

DOE; TRYA TYLER, Chief,
W.C. "Dub" Brassell Detention
Center; and DUB BRASSELL
DETENTION CENTER                                           DEFENDANTS

## ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The previous recommendation, № 4, is declined as moot; and Richardson's *in forma pauperis* motion, № 5, is denied as moot. The amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2018