IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERMAN RICHARDSON                                                      PLAINTIFF

v.                              No. 5:18-cv-273-DPM

DOE; TRYA TYLER, Chief,
W.C. "Dub" Brassell Detention
Center; and DUB BRASSELL
DETENTION CENTER                                                       DEFENDANTS

## JUDGMENT

The amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 December 2018